UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BALENCIAGA CORPORATION<br><br>               Plaintiff,<br>       v.<br><br>STEVE MADDEN, LTD.<br><br>               Defendant. | Case No.: 09 CV 05458 (JG)(SLT) |

## NOTICE OF APPEARANCE OF OREN GELBER

PLEASE TAKE NOTICE that Oren Gelber hereby provides Notice of Appearance in this case as counsel for Plaintiff, Balenciaga Corporation.  I certify that I am admitted to practice in this Court.

Dated: Ossining, New York
       March 10, 2011

*Oren Gelber*
OREN GELBER (OG6261)

COLLEN IP
The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining-on-Hudson, New York 10562
Tel. (914) 941-5668
Fax (914) 941-6091
Email ogelber@collenip.com

## CERTIFICATE OF SERVICE

    I, Edie Garvey, hereby certify that I caused a true and correct copy of the Notice of Appearance of Oren Gelber to be filed with the Court via its ECF system, on 10th Day of March, 2011, which will send notification to the following counsel of record:

Stephen Quigley
Douglas A. Miro
Ostrolenk Faber LLP
1180 Avenue of the Americas
New York, NY 10036
squigley@ostrolenk.com
dmiro@ostrolenk.com

*/s/ Edie Garvey*