UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BALENCIAGA CORPORATION<br><br>                    Plaintiff,<br>v.<br><br>STEVE MADDEN, LTD.<br><br>                    Defendant. | Case No.: 09 CV 05458 (JG) |

### STATUS REPORT

Plaintiff, Balenciaga Corporation, ("Plaintiff" or "Balenciaga")and Defendant, Steve Madden, Ltd, ("Defendant" or "Madden") by and through their attorneys, respectfully submit this report regarding the status of settlement.

The Parties last addressed this matter with the Court on August 22, 2011. During the telephone conference, counsel for Madden advised the Court that the Settlement Agreement would be sent to Madden for final review, approval and signature. The Court allowed the parties until September 15, 2011 to file a stipulation of dismissal or a report on the status of settlement.

Since the August 22, 2011 conference, the Agreement has been pending with Madden. Counsel for Madden informed counsel for Balenciaga on September 13, 2011 that Madden has made a further revision to the Agreement, addressed to the confidentiality of terms and representations made in the Agreement. Counsel for Madden informed Balenciaga's counsel on September 14, 2011 that the Agreement has been forwarded to Madden for final review and signature. Balenciaga received a copy of the modified Settlement Agreement from Madden on September 15, 2011. Defendant advises that the Agreement is currently undergoing final review and estimates that the executed Agreement will be forwarded to Plaintiff on or about September 27, 2011.

The parties will need until **October 6, 2011** for Balenciaga to review and, if acceptable, counter-execute the Agreement.

The Parties appreciate the Court's indulgence in permitting time for these issues to be resolved. The Parties will file a stipulation of dismissal no later than October 6, 2011. If the Parties are unable to file a stipulation of dismissal by October 6, 2011, they will submit a follow-up report to the Court as to the progress of the settlement on or before October 6, 2011.

It is further stipulated, by and between the undersigned parties, that the time for Defendant Steve Madden, Ltd. to answer or otherwise respond in connection with the complaint filed in the above-captioned action is extended from September 15, 2011 to October 6, 2011.

The original date for the Answer was September 3, 2010. All previous requests to extend were granted.

IT IS FURTHER STIPULATED, by and between the undersigned parties, that signatures transmitted electronically or by facsimile shall be deemed original.

DATED: September 15, 2011

By: _Oren Gelber_
Oren Gelber (OG 6261)
Joshua Paul (JP 4079)
Collen IP
The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, New York 10562
Telephone: (914) 941-5668
Facsimile: (914) 941-6091

Attorneys for Plaintiff
Balenciaga Corporation

By: _signature_
Douglas A. Miro (DM 2535)
Stephen J. Quigley (SQ 6847)
Ostrolenk Faber LLP
1180 Avenue of the Americas
New York, New York 10036

Telephone: (212) 382-0700
Facsimile: (212) 382-0888

Attorneys for Defendant
Steve Madden, Ltd.

**SO ORDERED**

By: _____
UNITED STATES DISTRICT JUDGE