IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Balenciaga Corporation<br><br>        Plaintiff,<br><br>v.<br><br>Steve Madden, Ltd.<br><br>        Defendant. | Civil Action No.: 09-cv-5458<br><br>Judge: Gleeson<br><br>Magistrate: Go |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Balenciaga Corporation and Defendant Steven Madden, Ltd., through their respective attorneys of record, having reached a negotiated settlement, hereby stipulate and agree as follows:

1. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses the Complaint, and all claims asserted therein, with prejudice.

2. Each party will bear its own costs and attorney's fees.

Respectfully submitted,

_____
Jess M. Collen (JC 2875)
Oren Gelber (OG 6261)
COLLEN *IP*
The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, New York 10562
Tel. (914) 941-5668
Fax (914) 941-6091
*Attorneys for Plaintiff Balenciaga Corporation*

Dated: October 21, 2011

_____
Douglas A. Miro (DM 2535)
Stephen Quigley (SQ 6847)
Ostrolenk Faber LLP
1180 Avenue of the Americas
New York, NY 10036
Tel. (212) 382-0700
Fax (212) 382-0888
*Attorneys for Defendant Steven Madden, Ltd.*

Dated: October 20, 2011

{01261763.1}

## CERTIFICATE OF SERVICE

      I, Oren Gelber, a member in good standing of the Bar of this Court, hereby certify that on October 21, 2011, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of the Court for the United States District Court for the Eastern District of New York by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Oren Gelber<br>
Oren Gelber